**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:14-cr-208-T-30EAJ

AYMAN AL-BATAINEH

_____

## ORDER

THIS CAUSE comes before the Court upon (Dkt. #75) Al-Bataineh's Objections

Pursuant to Rule 59, Fed.R.Cr.P., to Magistrate Judge's Order (Dkt. #71) Denying Al-

Bataineh's Motion (Dkt. #69) to Reconsider Order (Dkt. #54) of Detention and Reopen

Detention Hearing and Motion Pursuant to 18 U.S.C. § 3145 to Revoke Magistrate Judge's

Detention Order (Dkt. #54).   The Court has reviewed the transcript of the bond revocation

hearing held on June 10, 2014, before Magistrate Judge Philip Lammens.   Upon review

and consideration, this Court adopts the facts and findings of the Magistrate Judge.

According, it is

ORDERED AND ADJUDGED that:

1.      This Court adopts the facts and findings of the Magistrate Judge issued at the

bond revocation hearing on June 10, 2014.

2.      Defendant's Ayman Al-Bataineh's Objections (Dkt. #75) to the Magistrate

Judge's ruling are DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of July, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cr-208 objections 75.docx

2